IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ATUM N. MAMBE, #42714-037<br>  Plaintiff,<br>v. | *<br><br>* | <br><br>CIVIL ACTION NO.  WMN-10-27 |
| UNITED STATES DISTRICT COURT<br>  Defendant. | *<br>*** | |

**MEMORANDUM**

On or about January 5, 2010, the clerk received for filing Atum N. Mambe's letter seeking from the Clerk a copy of: specific docket entries; all court documents "with specific attention to" grand jury meeting dates, minutes, records, participants, and any other related grand jury records;" his Statement of Reasons or "SOR;" a docket sheet; the grand jury indictment transcript; all and any bonds written as a result of his incarceration; his Pre-Sentence Report or "PSR;" and a "complete accounting" of his criminal case.  All documents are requested from *United States v. Mambe,* Criminal No. WMN-07-0164 (D. Md.) under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522.  Paper No. 1.

Under the FOIA, a federal agency shall make available to any person records that the person reasonably describes in a request to the agency in accordance with published rules governing such requests. *See* 5 U.S.C. § 552(a)(3). Federal courts, however, are not "agencies" covered under the FOIA. *See Smith v. United States Dist. Ct.,* 956 F.2d 647, 649 n. 1 (7th Cir.1992); *see also Cook v. Willingham*, 400 F. 2d 885, 885-86 (10th Cir. 1968); *Harris v. United States*, 121 F. R. D. 652, 654 (W.D. N. C. 1988).  Federal courts are expressly excluded from the definition of "agency" for purposes of FOIA disclosure requirements. *See* 5 U.S.C. § 551(1)(B); *Gayle v. Johnson,* 275 F. App'x 211, 212 n. 1 (4th Cir. 2008).  Therefore, Mambe's FOIA request shall be dismissed by

separate order.[1]

Date:     1/13/10

/s/

William M. Nickerson
Senior United States District Judge

---

[1] Mambe did not file the $350.00 civil filing fee or a motion for leave to proceed *in forma pauperis*. In light of the dismissal of this matter, he shall not be required to cure this deficiency.